1   G. Lynn Shumway (011714)
    shumway@carsafetylaw.com
2   **SHUMWAY LAW PLLC**
    4647 N. 32nd Street, Suite 125
3   Phoenix, Arizona 85018-3345
    Telephone:  602.795.3720
4   Facsimile:  602.795.3728

5   Brent Ghelfi (011491)
6   BrentGhelfi@GhelfiLawGroup.com
    **GHELFI LAW GROUP, PLLC**
7   4647 N. 32nd Street, Suite 125
    Phoenix, Arizona 85018-3345
8   Telephone:  602.318.3935

9   *Attorneys for Plaintiff*

10              **UNITED STATES DISTRICT COURT**

11                   **DISTRICT OF ARIZONA**

12

13  **Brittany Lynn Michael**, an individual, on
    behalf of herself and all statutory beneficiaries        No. _____
14  of David Michael Pope, deceased,
15                                                                    **COMPLAINT**
                        Plaintiff,
16                                                               **Jury Trial Demanded**
17      vs.

18  **FCA US LLC**, a Delaware limited liability
19  company,

20                      Defendant.

21

22          Plaintiff, on behalf of herself and all statutory beneficiaries of David Michael Pope,

23  submits her Complaint against Defendant FCA US LLC as follows:

24

25                                    <u>**Parties**</u>

26      **Plaintiff**

27

28                                        1

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ◆ Facsimile: (602) 795-3728

1. Plaintiff Brittany Lynn Michael is an individual and resident of Pima County, Arizona.

2. She is the wife of David Michael Pope, deceased.

3. David Pope passed away from injuries sustained in an automobile crash that occurred on August 5, 2021, when the 2021 RAM 5500 chassis-cab tow truck ("Vehicle") he was driving for work crashed into an embankment in Mammoth, Arizona (the "Accident").



4. David Pope is survived by his mother and father, his wife Brittany, and his natural daughter L.P., and his two stepchildren.

5. Brittany brings this matter on behalf of herself and all statutory beneficiaries of David Pope. These statutory beneficiaries include his wife Brittany, his daughter L.P., his parents, and his two stepchildren for whom he acted as the primary father figure.

**Defendant FCA US LLC**

6. Defendant FCA US LLC is a limited liability company organized under the laws of the State of Delaware. It is named herein on behalf of itself and any and all predecessor corporations or entities of FCA LLC, including but not limited to Chrysler

2

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

Group, LLC, and DaimlerChrysler. Defendant FCA US LLC shall hereinafter be referred to as "Chrysler."

7. Based upon corporate disclosure statements filed in this Court by Defendant FCA US LLC in other matters, its parent company is FCA North America Holdings LLC, and no publicly owned company owns more than a ten percent (10%) interest in FCA US LLC.

8. Upon further information and belief, Defendant FCA US LLC is one of several subsidiaries that were involved in the January 2021 merger of Fiat Chrysler Automobiles, N.V. and Peugeot, S.A.

9. Upon further information and belief, the members and/or owners of Defendant FCA US LLC are citizens and residents of Michigan and/or Delaware., and none of the members or owners of Defendant FCA US LLC are citizens or residents of the State of Arizona.

10. Defendant FCA US LLC's principal place of business is in the State of Michigan.

11. Defendant FCA US LLC is duly licensed and authorized to do business in the State of Arizona. Chrysler has purposefully directed business activities toward the State of Arizona.

12. Defendant Chrysler is a manufacturer and distributor of motor vehicles, including the Vehicle at issue in this matter.

13. Chrysler placed the Vehicle into the stream of commerce in the ordinary course of business.

3

14.     Whenever reference is made in this Complaint to any act of Chrysler, such allegation shall mean that Chrysler did the acts alleged in the Complaint through its officers, directors, employees, agents and/or representatives while they were acting within the actual or ostensible scope of their authority.

## Jurisdiction and Venue

15.     Chrysler manufactured and distributed the vehicle at issue in this products liability matter, a 2021 RAM 5500 chassis cab tow truck, VIN 3C7WRNDL8MG512627.

16.     Chrysler is part of a global auto company which systematically served a market in Arizona for the very Vehicle that Plaintiff alleges to be defective and has injured her in Arizona.

17.      Chrysler marketed 2021 RAM 5500s, including the Vehicle, throughout the United States, and they were sold through a network of dealerships, including RAM dealerships in Arizona.

18.     Chrysler first placed the Vehicle into the stream of commerce through a dealership in Mukwanago, Wisconsin, Lynch Chrysler Dodge Jeep, Inc.

19.     This Court has jurisdiction of the parties and subject matter.

20.     As set forth above, the parties are diverse.

21.     The amount in controversy exceeds $75,000.00.

22.     Thus, this Court has jurisdiction pursuant to 28 U.S.C. § 1332.

23.     The plaintiff resides in Pima County, Arizona, and the Accident occurred in Pinal County, thus venue is proper in this Court.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32ⁿᵈ St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

4

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

24.     Upon information and belief, communications from the buyer of the Vehicle to the selling dealership originated in Pima County.

### Factual Background

25.     David Pope was 28 years old at the time of the Accident.

26.     He was happily married to Plaintiff Brittany Michael, was the doting stepfather to two children, and his own biological child was just a few months from birth at the time of the Accident and his untimely death.



27.     David was operating the Vehicle in his capacity as a tow truck driver for Catalina Towing & Recovery before dawn on August 5, 2021.

5

28.     At approximately 3:20 am, David loaded a 1997 F-250 pickup truck onto the Vehicle's flatbed, secured the F-250 with chains and straps, and at 3:42 am began transporting the vehicle to its destination.

**The Crash**

29.     David was traveling southbound along State Route 77, a two-lane road, near milepost 199, in Mammoth, Arizona.

30.     According to the police report, a dash camera installed inside the tow truck captured video of the Vehicle drifting left from its lane and across the center line and back into its lane, before drifting onto the right shoulder adjacent to its lane.  David appeared to be fighting fatigue while driving in the seconds before the guardrail impact described below.

31.     Based on police photographs taken at the scene, the RAM tow truck contacted the face of the guardrail and continued forward along it until the guardrail ended just before SR77 intersected with a side street called Cuesta Street.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ◆ Facsimile: (602) 795-3728



32.    According to the Vehicle's ACM download, David was able to apply approximately 0.5 seconds of braking before the vehicle's AMC recorded a collision event. The Vehicle collided with the steep embankment flanking the eastern shoulder of Cuesta Street after passing the end of the guardrail and Cuesta Street.

33.    As the tow truck mounted the embankment, the F-250 pickup truck secured to the flatbed, which weighed over 4,000 pounds, moved forward into the passenger compartment while the floorboards were simultaneously pushed upward.



34.     David was killed in the accident.  His body had been trapped in the cab of the tow truck, still in the driver's seat with his seat belt fastened.

35.     Oracle and Golder Ranch Fire Departments extricated David from the truck and his body was transported to the Pima County Office of the Medical Examiner.

36.     David died from multiple blunt force trauma.


**Crash Avoidance Technologies Prevent Accidents**

37.     Driver inattention and drowsiness is a leading cause of automobile accidents.

38.     A study by the AAA Foundation for Traffic Safety estimates that 328,000 drowsy driving crashes occur annually.[1]

---

[1]     National Safety Council website, Safety Topics, Fatigued Driving (2022) https://www.nsc.org/road-safety/safety-topics/fatigued-driving

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

39.     Approximately 6,400 of those 328,000 crashes are fatal, though research suggests drowsy driving fatalities may be more than 350% greater than what is reported *Id*.

40.     The three most common factors associated with drowsy-driving crashes are: they occur most frequently between midnight and 6am; they involve a single driver at a higher rate of speed and without evidence of braking; and they frequently occur on rural roads and highways.[2]

41.     All three factors mentioned above occurred in this crash prior to the guardrail contact; evidence of braking was obtained from the Vehicle's download.

42.     The National Safety Council recommends new and existing crash avoidance technologies to reduce drowsy driving including lane departure warnings and drowsiness alert *Id*.

43.     In 2021, Chrysler, through its vehicle brands of Chrysler, Dodge, Fiat, Jeep, and RAM, offered numerous crash avoidance technologies, including lane departure systems and drowsy driver detection, on many of its vehicles.[3]

44.     When a drowsiness alert system, including drowsy driver detection, suspects the driver is drowsy, it alerts the driver.  It can provide a variety of types of alerts including an audio alert, and a visual message on the dashboard that instructs the driver to take a break.

---

[2]     NHTSA website, Drowsy Driving (2022) https://www.nhtsa.gov/risky-driving/drowsy-driving
[3]     Three Rivers Chrysler Jeep Dodge website, Safety Technologies of the Wagoneer (2022) https://www.threeriverschryslerjeepdodge.net/safety-technologies-of-the-wagoneer

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

45.     Some drowsiness alert systems come with haptic alerts which vibrate the steering wheel and/or seat to alert drivers.[4]



THE TECHNOLOGY BEHIND IT

This feature borrows some of the sensors from lane departure warning systems to track lane markings and your car's position in your lane. Many versions of drowsiness alert features will track how often you depart from your lane over a short period of time to determine if you may be drowsy.

More advanced versions can "learn" what your normal driving patterns are when you aren't drowsy. If you then begin to drive unusually – such as making many sudden maneuvers or stops – the system may suggest you may be drowsy and should take a driving break.

46.     Driver drowsiness detection has already been successful on the market for many years.[5]

47.     Some advanced versions of drowsiness alert systems, or driver monitoring systems, also have an integrated camera inside the vehicle near the steering wheel which can detect drooping eyelids and head bobs. *Id.*

48.     One of the many benefits of the driver drowsiness detection systems is that it is a purely software solution which does not need additional sensors, other than the steering angle sensor for those equipped, allowing it to be easily integrated into existing vehicle platforms *Id.*

---

4     My Car Does What.org website, Drowsiness Alert https://mycardoeswhat.org/safety-features/drowsiness-alert/
5     Bosch website, Interior Monitoring Systems (2022) https://www.bosch-mobility-solutions.com/en/solutions/interior/interior-monitoring-systems/



### Driver drowsiness detection based on the driver's steering behavior

The driver's steering behavior is an indicator for the onset of drowsiness. The driver drowsiness detection is based on an algorithm, which analyzes the driver's steering behavior during the trip based on information from the steering-angle sensor. It recognizes changes over the course of long trips, and thus also the driver's level of fatigue. Even small changes in the steering behavior that are barely noticeable to the driver are typical signs of waning concentration. Based on the frequency of these movements and other parameters, among them the length of a trip, use of turn signals, and the time of day, the function calculates the driver's level of fatigue. If that level exceeds a certain value, an icon such as a coffee cup flashes on the instrument panel to warn drivers that they need a rest.

The driver drowsiness detection has been successful on the market for years already. It is a pure software solution without the need for additional sensors other than the steering-angle sensor. Thus it can easily be integrated into existing vehicle platforms. The function is suitable to meet the emerging legal requirements.

49.    Camera-based interior driver monitoring systems can detect driver distraction, drowsiness, and microsleeps by monitoring the alertness and condition of the driver and can alert the driver in time *Id.*

50.    Jeep, one of the automobile brands manufactured by Chrysler, offered Drowsy Driver Detection standard on the Jeep Grand Cherokee Summit.[6]



**Drowsy Driver Detection** tracks vehicle movement, such as lane deviation, and interaction, such as steering-wheel input over time, for driving behavior consistent with that of a drowsy driver. When certain thresholds are reached, the system responds with audio and/or visual cautions for the driver to pull over. The feature comes standard on Summit models.

51.    In addition to the drowsy driver monitoring safety features, drowsy driving can also be addressed through systems like lane departure warning and automatic emergency braking.[7]

---

6    https://www.media.stellantis.com/me-en/jeep/press/all-new-2021-jeep-grand-cherokee-breaks-new-ground-in-the-suv-segment

7    NHTSA website, Documents, Drowsy Driving Asleep at the Wheel https://www.nhtsa.gov/sites/nhtsa.gov/files/documents/12723-drowsy_driving_asleep_at_the_wheel_031917_v4b_tag.pdf

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

52.     Lane Departure warning systems can help sleepy or distracted drivers.[8]

53.     Lane Departure systems use sensors and forward-facing cameras to track a vehicle's position within lane markings, providing visual, audio, and/or haptic alerts when the driver departs the lane without signaling, or when the driver departs the lane in a direction different than what he signaled.[9]



WHAT IT DOES

This feature can help alert you to drive back to the center of your lane if you mistakenly drift, helping to prevent you from being in a crash.

54.     Lane Departure Warning (LDW) provides drivers with audible and/or visual alerts when their vehicle crosses lane markings without activating a turn signal *Id*.

55.     Lane Keeping Assist (LKA) provides drivers with similar warnings to LDW, but LKA can provide automatic steering and/or braking to keep a vehicle within its lane. *Id*.

56.     Lane Centering Assist (LCA) continuously centers the vehicle in its lane by providing drivers with automatic steering and/or braking *Id*.

---

8       Consumer Reports website, Automotive Technology, Car Safety Systems That Could Save Your Life (2019) https://www.consumerreports.org/automotive-technology/car-safety-systems-that-could-save-your-life/
9       Consumer Reports website, Car Safety, Lane Departure Warning Lane Keep Assist Guide (2019) https://www.consumerreports.org/car-safety/lane-departure-warning-lane-keeping-assist-guide-a7087080070/

57.     Road Departure Assist (RDA) keeps a vehicle from departing the roadway by automatic steering and/or braking *Id*.

58.     If the Vehicle had been equipped with a lane departure system, when David first crossed over the center line, alerts would have activated and, if David did not promptly respond with steering, it would automatically steer him back to his lane.

59.     On the 2021 RAM 5500, Chrysler offer a lane departure system called LaneSense Lane Departure Warning Plus as an available safety feature.



**What Is the LaneSense Lane Departure Warning?**

LaneSense Lane Departure Warning is a safety feature that was added to RAM models for 2019 and later. LaneSense Lane Departure Warning uses sensors and a forward-facing camera to keep your truck safely in its proper lane. Suppose the system detects that you are making a sudden lane change without using your turn signals properly. In that case, it will automatically gently correct the truck's steering mechanism to keep your RAM in the original lane.

The camera in the lane departure system prevents the truck from drifting by detecting the vehicle's position in the lane and maintaining that position with lane markers' assistance. The RAM's lane departure avoidance system gets even more sophisticated with the use of electronic power steering, which uses torque power to correct the truck's position if it moves out of its lane.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

60. The LaneSense system provides a haptic warning through the steering wheel, an audible warning, and a visual warning in the instrument cluster.[10]

61. Chrysler offered a "Safety Group" option for the 2021 RAM 5500 which included "Lane-Keep Assist," a feature which provided not only an alert but active measures to keep the vehicle in its lane.

62. Chrysler offered this feature for an additional cost of $1,790.

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

---

[10]   2021 RAM Chassis Cab Owner's Manual

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728



**Safety Group**
$1,790

• Adaptive Cruise Control with Stop
• Adaptive Steering System
• Automatic High-Beam Headlamp-Control
• Full-Speed Forward-Collision Warning Plus
• Lane-Keep Assist
• Rain-Sensitive Windshield Wipers
• Steering-Wheel-Mounted Audio Controls
• Trailer Brake Controller
• Digital Rearview Mirror (Unavailable with some configurations)

ADD                ⓘ MORE INFO

63.     Wherever in this Complaint the term LaneSense is used, it is meant to include but not be limited to Lane-Keep Assist.

64.     The Vehicle did not have a drowsy driver alert system, a driver monitoring system, or a lane departure system.  If the Vehicle had one or all such systems, either the Vehicle itself or David would have prevented the Vehicle from drifting out of its lane and prevented the crash that killed David Pope.

15

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

## Claims for Relief

### Count 1

### Strict Liability – Design Defect

65.   Plaintiff incorporates the foregoing paragraphs as fully set forth herein.

66.   Defendant FCA US LLC is liable to Plaintiff because of the defective and unreasonably dangerous design of the 2021 RAM 5500, specifically, FCA US LLC's failure to install technologically and financially feasible vehicle collision avoidance technologies and safety features.

67.   Defendant FCA US LLC owed and owes the consuming public and those using its vehicles a duty to add safety features to vehicles when the benefits of those features outweigh the harmful characteristics or consequences of the design that includes the safety features.

68.   The 2021 RAM 5500 was intrinsically defective and unreasonably dangerous due to its above-average size, including its increased height and weight compared to most other vehicles that use roadways in the United States and the world, and Chrysler's failure to install driver assistance technologies they had available, and which are proven to avoid crashes.

69.   The harmful characteristics and/or consequences of the 2021 RAM 5500's design that does not include lane departure prevention and/or driver monitoring systems discussed in this Complaint outweighed the benefits, if any, of the 2021 RAM 5500 design that does not use the lane departure prevention and/or driver monitoring systems.

70.   The 2021 RAM 5500 was defective and unreasonably dangerous due to the lack of the following features intended to prevent crashes:

16

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

     a.     Lane Departure Systems

     b.     Driver Monitoring Systems/Drowsy Driver Detection

71.    It was financially feasible for Chrysler to install LaneSense as a standard feature for all trim levels of the 2021 RAM 5500.

72.    It was technologically feasible for Chrysler to install LaneSense as a standard feature for all trim levels of the 2021 RAM 5500.

73.    Chrysler included the LaneSense feature as an option on the 2021 RAM 5500 as part of a safety package called "The Safety Group" which could be purchased for an additional $1,700.

74.    The benefits of installing LaneSense on the 2021 RAM 5500 outweighed any harmful characteristics and/or consequences, if any, from installing LaneSense on the 2021 RAM 5500.

75.    It was financially feasible for Chrysler to install Driver Monitoring Systems and/or Drowsy Driver Detection as a standard feature for all trim levels of the 2021 RAM 5500.

76.    It was technologically feasible for Chrysler to install Driver Monitoring Systems and/or Drowsy Driver Detection as a standard feature for all trim levels of the 2021 RAM 5500.

77.    Jeep, another of FCA US LLC's vehicle brand names, offered Drowsy Driver Detection as a standard feature on its 2021 Grand Cherokee Summit model, evidencing they had this technology and could have offered it in their RAM brand vehicles.

78.     The benefits of the Drowsy Driver Detection features being included on the 2021 RAM 5500 outweighed any harmful characteristics and/or consequences of a vehicle so equipped.

79.     Reasonable   consumers   expect   that   automobile   manufacturers   make technically and financially feasible lifesaving features standard on vehicles, and not made available only in upper trim levels and/or as part of expensive options packages.

80.     It was financially feasible for Chrysler to install Driver Monitoring Systems on the 2021 RAM 5500.

81.     As a direct and proximate result of Defendant FCA US LLC's negligent development and use and dangerous and defective design of the 2021 RAM 5500, David Pope died.  Plaintiff and the other statutory beneficiaries have sustained and will continue to sustain extreme grief, emotional distress, economic damages, loss of consortium, and loss of enjoyment of life as a result of the death of David Pope.

## Count 2

## Negligence

82.     Plaintiff incorporates the foregoing paragraphs as fully set forth herein.

83.     Defendant FCA US LLC owed and owes the consuming public and those using its vehicle a duty to design reasonably safe vehicles.

84.     Defendant FCA US LLC knew, or should have known, that large, heavy vehicles are at a higher risk of serious injury or death when involved in collisions.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

85.     Defendant FCA US LLC knew, or should have known, a collision while towing a secondary vehicle could cause serious injury or death to the tow truck operator.

86.     Defendant FCA US LLC knew, or should have known, that it could have eliminated, or at least mitigated, the defectiveness and dangerous propensity of the vehicle by adding the following safety features:

    a.   Lane Departure Systems

    b.   Driver Monitoring Systems/Drowsy Driver Monitoring

87.     As a direct and proximate result of Defendant FCA US LLC's negligent development and use and dangerous and defective design of the 2021 RAM 5500 without installing Lane Departure Systems and/or Driver Monitoring/Drowsy Driver Monitoring Systems, David Pope died.

88.     Plaintiff and the other statutory beneficiaries have sustained and will continue to sustain extreme grief, emotional distress, economic damages, loss of consortium, and loss of enjoyment of life as a result of the death of David Pope.

### Count 3

### Wrongful Death

89.     Plaintiff incorporates the foregoing paragraphs as fully set forth herein.

90.     As a direct result of the wrongful conduct by Defendant FCA US LLC as alleged herein, David Pope died.

91.     Plaintiff has experienced extreme grief, emotional distress, loss of consortium, loss of enjoyment of life, and economic damages as a result of David Pope's death.  The

sudden and violent nature of David's death further exacerbated Plaintiff's grief and emotional distress.

92.     Plaintiff Brittany Michael and David Pope were married and were expecting their first child together at the time of David's death.  Brittany was approximately six months pregnant when David died.

93.     Brittany is left to raise their child alone, without the love, support, guidance and economic support from her husband.

94.     David had become a loving stepfather to Brittany's two children, and they were bonded.  David considered them family and they mourn his death. They suffered significant and meaningful loss as a result of the death of their sole father figure.

95.      The children's grief contributes to Brittany's emotional distress as she holds her family together without David.

96.     Brittany relied upon David's income to support their family.   Brittany struggles to make ends meet financially on her own, especially with a new baby and while coping with the loss of her husband.

97.     David's child L.P. began her life without the benefit and support of her biological father.

98.     All of David's statutory beneficiaries have experienced grief, emotional distress, and/or economic loss as a result of David's untimely death.

99.     Pursuant to Arizona revised Statutes § 12-611, et seq., the surviving spouse of David Pope, Brittany Michael, is entitled to maintain an action for wrongful death against Defendants in this matter for the loss of her husband.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

100.    As a direct and proximate result of Defendant FCA US LLC's negligent development and use and dangerous and defective design of the 2021 RAM 5500 at issue in this case, David Pope died.  Plaintiff has sustained and will continue to sustain extreme grief, emotional distress, economic damages, loss of consortium, and loss of enjoyment of life as a result of the death of her husband, David Pope.

<b>Prayer for Relief</b>

Wherefore, Plaintiff and the statutory beneficiaries of David Pope, pray for damages against Defendant FCA US LLC as follows:

1.    For the loss of love and affection, companionship, care, protection, guidance, as well as the profound grief, sorrow, anguish, stress, shock and mental suffering already experienced and reasonably probable to be experienced in the future as a result of the death of David Pope.

2.    For taxable costs and pre- and post- judgment interest to the extent permitted by law.

3.    For exemplary damages to the extent permitted by law.

4.    For other relief as the Court deems just and proper.

<b>Jury Demand</b>

Plaintiff respectfully requests a trial by jury.

LAW OFFICE OF G. LYNN SHUMWAY
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728

DATED this 25th day of May, 2022.

SHUMWAY LAW PLLC

/s/ G Lynn Shumway_____
G. Lynn Shumway

and

GHELFI LAW GROUP PLLC
Brent Ghelfi

*Attorneys for Plaintiff*

**LAW OFFICE OF G. LYNN SHUMWAY**
4647 N. 32nd St., Suite 125
Phoenix, Arizona 85018-3345
Telephone: (602) 795-3720 ♦ Facsimile: (602) 795-3728